IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01350-CMA-MJW

HELEN GARCIA,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOSIATES, L.L.C., a Delaware limited liability company,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's Notice of Dismissal With Prejudice (Doc. # 7), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  July __02__, 2012

                BY THE COURT:

                *[signature: Christine M Arguello]*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge