IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01350-CMA-MJW

HELEN GARCIA,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOSIATES, L.L.C., a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's Notice of Dismissal With Prejudice (Doc. # 7), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: July __02__, 2012

                                  BY THE COURT:

                                  *Christine M Arguello*
                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge